UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RODRIGUEZ,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant. | Case No. 19cv01236-LAB-MSB<br><br>The Honorable Larry A. Burns<br><br>**ORDER OF DISMISSAL** |

| | |
|---|---|
| 1 | |
| 2 | The joint motion to dismiss (Docket no. 17) is **GRANTED**.  This action is **DISMISSED WITHOUT PREJUDICE** as to the putative class, and **DISMISSED WITH PREJUDICE** as to Plaintiff Gloria Rodriguez.  The parties shall each bear their own costs and attorney's fees. |

**IT IS SO ORDERED.**

Dated:   November 21, 2019

*/s/ Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge